**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
**NORFOLK DIVISION**

**COASTAL FINANCE INC. d/b/a COASTAL FINANCIAL BOAT LOAN,**
***Plaintiff,***

**v.** **Case No. 2:26-cv-01231**

**SV SEMPREVERDE, LLC,**

**CHRISTINE ADELLE JOCHIM, and**

**ERIK G. NIELSEN,**

***Defendants.***

**NOTICE OF APPEARANCE**

PLEASE TAKE NOTICE the undersigned counsel, James L. Chapman, IV, who is licensed to practice in this Court, hereby enters his appearance on behalf of Coastal Finance Inc. d/b/a Coastal Financial Boat Loan.

Dated: November 5, 2026

**COASTAL FINANCE INC.**
**d/b/a COASTAL FINANCIAL BOAT LOAN,**

*/s/ James L. Chapman, IV*

James L. Chapman, IV, Esquire, VSB No. 21983
K. Barrett Luxhoj, Esquire, VSB No. 86302
Crenshaw, Ware & Martin, P.L.C.
150 W. Main Street, Suite 1923
Norfolk, Virginia 23510
Telephone: (757) 623-3000
Facsimile: (757) 623-5735
jchapman@cwm-law.com
kbluxhoj@cwm-law.com
*Counsel for Plaintiff*

**CERTIFICATE OF SERVICE**

I certify that on this 5th day of November 2026, a true copy of the foregoing was electronically filed with the Clerk of the Court using the Court's CM/ECF system, which will send a notice of electronic filing to all registered counsel of record.

*/s/ James L. Chapman, IV*

James L. Chapman, IV, Esquire, VSB No. 21983
K. Barrett Luxhoj, Esquire, VSB No. 86302
Crenshaw, Ware & Martin, P.L.C.
150 W. Main Street, Suite 1923
Norfolk, Virginia 23510
Telephone: (757) 623-3000
Facsimile: (757) 623-5735
jchapman@cwm-law.com
kbluxhoj@cwm-law.com
*Counsel for Plaintiff*